# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

LINDA M. KLEMM
INTERIM CLERK

| **Milwaukee Division** | **Green Bay Division** |
|---|---|
| 517 E. Wisconsin Avenue, Room 362 | 125 S. Jefferson Street, Room 102 |
| Milwaukee, WI 53202 | Green Bay, WI 54301 |
| TEL: 414-297-3372 | TEL: 920-884-3720 |

July 25, 2025

Terrance Prude #335878
Wisconsin Secure Program Facility
PO Box 1000
Boscobel, WI 53805-0900

    Re:   **Prude v. Stoudt et al**
              **Case No. 25-cv-1083**

Dear Mr. Prude:

This case has been assigned to U.S. Magistrate Judge William E. Duffin. Please read the numbered paragraphs below. Failure to comply with either of these requirements may result in the Court's dismissal of your case without further notice.

1. The court will communicate with you through the mail. If your mailing address changes while this case is pending, you must immediately notify the court.
2. The fee for filing a civil rights complaint is $405.00. If you are unable to pay the filing fee, you may file a Request to Proceed in District Court Without Prepaying the Filing Fee (form enclosed) together with a certified copy of your institutional trust account statement for the past six months. You must submit either the filing fee or your request and certified trust account statement within 21 days of the date of this letter.

A form regarding magistrate judge jurisdiction is enclosed for your consideration. This form must be returned to the Court within 21 days of the date of this letter. Also enclosed is a Notice regarding the Prisoner E-Filing Program. All filings must be submitted through the Prisoner E-Filing Program.

                            Very truly yours,

                            LINDA M. KLEMM
                            INTERIM CLERK OF COURT

                            s/ M. VandenHeuvel, Deputy Clerk

LINDA KLEMM, INTERIM CLERK  
EASTERN DISTRICT OF WISCONSIN  
414-297-3372 (Milwaukee)  
920-884-3720 (Green Bay)  
www.wied.uscourts.gov

JOEL TURNER, CLERK  
WESTERN DISTRICT OF WISCONSIN  
608-264-5156  
www.wiwd.uscourts.gov

# PRISONER E-FILING PROGRAM
## Notice to Inmates

At the invitation of the U.S. District Court for the Eastern and Western Districts of Wisconsin, several Wisconsin Department of Corrections' institutions have joined the Prisoner E-Filing Program. The Prisoner E-Filing Program affects the manner in which inmates transmit case filings to the Court and other parties in civil cases.

The Policies and Procedures Manual, which outlines the process by which case filings will be transmitted to the Court, is available for your review in the Library.

1. Participation in the Prisoner E-Filing Program is limited to inmates transmitting case filings to the U.S. District Court for the Eastern and Western Districts of Wisconsin while they are housed at **Columbia Correctional Institution, Dodge Correctional Institution, Green Bay Correctional Institution, Oshkosh Correctional Institution, Waupun Correctional Institution, or Wisconsin Secure Program Facility**. Any inmate who transfers out of these facilities will resume submission of case filings by mail. This Prisoner E-Filing Program does not apply to any federal courts outside of Wisconsin, all circuit courts, and all other jurisdictions.

2. Participation in the Prisoner E-Filing Program is mandatory. All case filings to the U.S. District Court for the Eastern and Western Districts of Wisconsin must be transmitted through the Prisoner E-Filing Program.

3. Case filings will be scanned and e-mailed to either the Eastern or Western District by the Library staff. **You must submit your original signed case filing to the Library staff together with a completed DOC-643 or DOC-761 information request with instructions for e-filing**. You may submit your document to the Library either in person or by institution mail.

4. Generally, the Library staff will receive a Notice of Electronic Filing ("NEF") from the Court within one business day of scanning. The NEF, which is verification that the document has been filed with the Court and served on the defendant(s), will be returned to you with your original document through the institution mail system. Documents are not e-filed on weekends or holidays and sometimes cannot be e-filed on the date they are received by the Library, so it may take several days before you receive the NEF.

5. You must follow the same time constraints for e-filing as have been required for filing by mail. Be sure to submit date-sensitive documents by the Court's filing deadline.

6. Inmates do not need to copy or mail case filings to the defendant(s) or to the Court for any case filed in the U.S. District Court for the Eastern or Western Districts of Wisconsin.

7. Any questions regarding the Prisoner E-Filing Program should be directed to the Library staff at your institution.